IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


UNITED STATES OF AMERICA,

v.                                              CASE NO. 1:94-cr-01009-MP-AK

ROGER DARMON,

     Defendant.
_____/

## O R D E R

    This matter is before the Court on Doc.1022, Motion to Dismiss Indictment as to Roger

Darmon filed by the Government.  In support of its motion, the government has provided

documentation indicating that the defendant is deceased.  Doc. 1022-2.  Accordingly, pursuant to

Fed. R. Crim. P. 48, the Indictment in this cause as to defendant  Roger Darmon is dismissed.

    **DONE AND ORDERED** this  *27th* day of April, 2006


       *s/Maurice M. Paul*
      Maurice M. Paul, Senior District Judge